FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -2  AM 8:27

LORETTA G. WHYTE
      CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL A. DORSEY | CIVIL ACTION |
| VERSUS | NO. 04-2185 |
| JAMES D. MILLER, JR., ET AL | SECTION "A"(2) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's report, despite the granting of at least two extensions of time by this Court, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion for a preliminary injunction is hereby **DENIED**.

New Orleans, Louisiana, this 2nd day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE



___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.__